**SO ORDERED.**

**SIGNED this 31 day of August, 2023.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL,[1] | CHAPTER 11 |
| | (Jointly Administered) |
| Debtor, | |
| IN RE: | CASE NO. 19-01230-5-JNC |
| CAH ACQUISITION COMPANY #2, LLC, d/b/a OSWEGO COMMUNITY HOSPITAL, | CHAPTER 11 |
| | (Jointly Administered) |
| Debtor, | |
| IN RE: | CASE NO. 19-01180-5-JNC |
| CAH ACQUISITION COMPANY #3, LLC, d/b/a HORTON COMMUNITY HOSPITAL, | CHAPTER 11 |
| | (Jointly Administered) |
| Debtor, | |
| IN RE: | CASE NO. 19-01300-5-JNC |
| CAH ACQUISITION COMPANY 6, LLC, d/b/a I-70 COMMUNITY HOSPITAL, | CHAPTER 7 |
| | (Jointly Administered) |
| Debtor, | |

---

[1] The Court has entered orders directing the procedural consolidation and joint administration of the debtors' cases.

| | |
|---|---|
| IN RE:<br><br>CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL,<br><br>　　　　　　　　　　Debtor, | CASE NO. 19-01298-5-JNC<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| IN RE:<br><br>CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL,<br><br>　　　　　　　　　　Debtor, | CASE NO. 19-01697-5-JNC<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| IN RE:<br><br>CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL,<br><br>　　　　　　　　　　Debtor, | CASE NO. 19-01227-5-JNC<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| THOMAS W. WALDREP, JR., as Litigation Trustee,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REBOOT, INC., d/b/a HIPAA GUARD, RURAL LAB OUTREACH, LLC, and MICHAEL REECE,<br><br>　　　　　　　　　　Defendants. | A.P. Nos. 22-00101-5-JNC, et al. |

**ORDER GRANTING CONSENT MOTION FOR WITHDRAWAL OF SPECIAL APPEARANCE BY ERIC JAY LANGSTON**

This matter comes before the Court upon the Motion for Withdrawal of Special Appearance by Eric Jay Langston filed on behalf of Defendants Reboot, Inc., D/B/A HIPPAA Guard, Rural Lab Outreach, LLC, and Michael Reece ("Defendants"). Defendants' Local Civil Rule 83.1(d) Counsel will assume the lead counsel role for the Defendants. Based on the foregoing, it is:

ORDERED, AJUDGED AND DECREED that the Motion for Withdrawal of Special Appearance by Eric Jay Langston on behalf of Defendants is hereby granted and Mr. Langston's representation of Defendants in these cases is terminated.

END OF DOCUMENT